| | |
|---|---|
| Adriana R. Ochoa (Bar No. 256854)<br>E-mail:  adriana.ochoa@procopio.com<br>Justin M. Martin (Bar No. 329004)<br>E-mail:  justin.martin@procopio.com<br>Yulian Kolarov (Bar No. 345214)<br>E-mail:  yulian.kolarov@procopio.com<br>PROCOPIO, CORY, HARGREAVES &<br>    SAVITCH LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101<br>Telephone: 619.238.1900<br>Facsimile: 619.235.0398 | Exempt from Filing Fees<br>Pursuant to Gov. Code §6103<br><br>**FILED**<br>May 15 2024<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY    s/ danielmartinez    DEPUTY |

Attorneys for Respondents
Imperial Valley Healthcare District, Enola Berker, Katherine Burnworth, James Garcia, Laura Goodsell, Donald W. Medart Jr, Arturo Proctor, and Rodolfo Valdez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEERS MEMORIAL HEALTHCARE DISTRICT, a California municipal corporation,<br><br>　　　　Petitioner,<br><br>v.<br><br>IMPERIAL VALLEY HEALTHCARE DISTRICT, a California municipal corporation; ENOLA BERKER in her capacity as a member of the IVHD Board of Directors; KATHERINE BURNWORTH in her capacity as a member of the IVHD Board of Directors; JAMES GARCIA in his capacity as a member of the IVHD Board of Directors; LAURA GOODSELL in her capacity as a member of the IVHD Board of Directors; DONALD W. MEDART JR. in his capacity as a member of the IVHD Board of Directors; ARTURO PROCTOR in his capacity as a member of the IVHD Board of Directors; RODOLFO VALDEZ in his capacity as a member of the IVHD Board of Directors; IMPERIAL LOCAL AGENCY FORMATION COMMISSION, a California municipal corporation; ROBERT AMPARANO in his capacity as a member of the Imperial LAFCO; JESUS E. ESCOBAR in his capacity as a member of | Case No. **'24CV861  W    BLM**<br><br>**NOTICE OF REMOVAL**<br><br>Petition Filed:    April 10, 2024 |

1

| | |
|---|---|
| 1 | the Imperial LAFCO; JOHN HAWK in his capacity as a member of the Imperial |
| 2 | LAFCO; MICHAEL W. KELLEY in his capacity as a member of the Imperial |
| 3 | LAFCO; JOSE LANDEROS in his capacity as a member of the Imperial LAFCO; |
| 4 | JAVIER MORENO in his capacity as a member of the Imperial LAFCO; MARIA |
| 5 | NAVA-FROELICH in her capacity as a member of the Imperial LAFCO; DAVID |
| 6 | SALGADO in his capacity as a member of the Imperial LAFCO; and DOES 1 to 50, |
| 7 | |
| 8 | Respondents. |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Respondents Imperial Valley Healthcare District, a California healthcare district organized pursuant to California Health and Safety Code §§ 32000 *et seq.*, Enola Berker, Katherine Burnworth, James Garcia, Laura Goodsell, Donald W. Medart Jr, Arturo Proctor, and Rodolfo Valdez ("**Respondents**") file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

## PROCEDURAL BACKGROUND

1. On or about April 10, 2024, Petitioner Pioneers Memorial Healthcare District ("Petitioner") commenced an action in the Superior Court of the State of California in and for the County of Imperial, El Centro Courthouse, entitled *Pioneers Memorial Healthcare District v. Imperial Valley Healthcare District, et al.*, Case No. ECU003473 (the "State Action").

2. Respondents were served with a copy of the Petition and Summons by and through Adriana Ochoa, Esq., their counsel of record who is authorized to accept service on their behalf, on April 16, 2024.

3. Filed herewith are true and correct copies of all filings in the State Action. A copy of the Petition for Writ of Mandate and Complaint in the State Action is attached hereto as Exhibit "A." Respondents are informed and believe that Exhibit

2

"B" is a complete copy of the State Action docket as of the date of this filing and that no further proceedings have been commenced in the State Action.

## **BASIS FOR REMOVAL – FEDERAL QUESTION**

4. 28 U.S.C. § 1331 provides the district courts with original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5. Removal is proper under 28 U.S.C. §§ 1331 and 1441, because this Court has original jurisdiction over this action, which arises under the laws of the United States.

6. As relevant to this Court's jurisdiction conferred pursuant to 28 U.S.C. ¶ 1331:

   a. Petitioner's First Cause of Action asserts a cause of action for "Violation Of . . . The Fourteenth Amendment Of The United States Constitution".

   b. In the First Cause of Action, Petitioner's Petition alleges that "AB 918 [Assembly Bill 918] Should Be Declared Void And All Respondents Should Be Enjoined From Implementing AB 918 . . . ."

   c. Petitioner's Prayer for Relief includes the following request: "For issuance of a declaration that AB 918 constitutes impermissible special legislation in violation of . . . the Fourteenth Amendment of the United States Constitution, as well as an injunction prohibiting Respondents from further implementing AB 918." Petition at ¶ 103.

   d. A complaint that alleges that a state law violates the Constitution of the United States arises under the under the laws of the United States for the purpose of federal question jurisdiction. *S.F. Gas & Elec. Co. v. City & County of San Francisco*, 189 F. 943, 948 (C.C.N.D. Cal. 1911).

8114784.1

7. Based on the foregoing, this matter is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331, and this case may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441.

## **SUPPLEMENTAL JURISDICTION**

8. 28 U.S.C. § 1367(a) provides the district courts with supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

9. This Court has supplemental jurisdiction of all other claims in the Petition under 28 U.S.C. § 1367 because they are a part of the same case or controversy as asserted in the First Cause of Action.

## **THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT AND TIMELY**

10. Pursuant to 28 U.S.C. § 1446(a), Respondents file this Notice of Removal in the United States District Court for the Southern District of California. This is the proper district for removal because the State Action is pending in California Superior Court for Imperial County.

11. Pursuant to 28 U.S.C. § 1446(b), Respondents filed this Notice of Removal within thirty days under Federal Rule of Civil Procedure 6(a) of their receipt through service of the State Action Petition and Summons.

12. In accordance with the provision of 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon" Respondents in the State Action are filed with this Notice.

13. As required by 28 U.S.C. § 1446(b)(2)(A), all Respondents who have been properly joined and served consent to the removal of this action.

14. In accordance with 28 U.S.C. § 1446(d), Respondents will serve this Notice of Removal on Petitioner through its counsel of record and via United States mail, postage prepaid. Also in compliance with that statute, Respondents will promptly

4

8114784.1

file a Notice of Filing a Notice of Removal with the Clerk of the Superior Court of the State of California, County of Imperial, which will advise the state court of the removal. Exhibit "C" to this Notice of Removal is a copy of the Notice of Filing of Notice of Removal.

THEREFORE, Respondents respectfully request that Imperial County Superior Court Case No. ECU003473 be removed to the United States District Court for the Southern District of California.

DATED: May 15, 2024

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Adriana R. Ochoa
Adriana R. Ochoa
Justin M. Martin
Yulian Kolarov

Attorneys for Respondents
Imperial Valley Healthcare District, Enola Berker, Katherine Burnworth, James Garcia, Laura Goodsell, Donald W. Medart Jr, Arturo Proctor, and Rodolfo Valdez

8114784.1